**MANDATE**

CTDC-HACT
02-Cr-4
THOMPSON

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

2005 MAR -7 F

## JUDGMENT

U.S. DISTRICT
NEW HAVEN

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 15th day of September, two thousand and four.

Before:  Hon. Ralph K. Winter,
Hon. Dennis Jacobs,
Hon. Chester J. Straub,
*Circuit Judges*



Docket No. 03-1335

---

UNITED STATES OF AMERICA,
    *Appellee*,
  v.

LUIS SANTIAGO,

    *Defendant-Appellant*,

JOSE TIRADO, also known as Chucho, ANDRE BRACKETT, also known as Dre, and FREDDY MARTINEZ,

    *Defendants*.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in part and REMANDED in part for further proceedings in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

ISSUED AS MANDATE: 3/2/05

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney