CPDC-HACT
02-cr-4
THOMPSON

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 2nd day of March, two thousand five.

FILED
2005 MAR -7 P 3: 02
U.S. DISTRICT COURT
NEW HAVEN, CT

---

UNITED STATES OF AMERICA,
  Appellee,

  -v.-  03-1335

LUIS SANTIAGO,
  Defendant-Appellant.

---



### ORDER

In light of the Supreme Court's decision in <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), and this court's decision in <u>United States v. Crosby</u>, No. 03-1675, 2005 WL 240916, 2005 U.S. App. LEXIS 1699 (2d Cir. Feb. 2, 2005), this case is remanded to the district court for further proceedings in conformity with <u>Crosby</u>.

The disposition in the opinion or order previously issued in connection with this appeal is hereby made part of this order and is fully effective, except to the extent that it is inconsistent with the present remand in conformity with <u>Crosby</u>.

Any appeal taken from the district court following this remand and resentencing, if it occurs, can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

        FOR THE COURT,
        ROSEANN B. MacKECHNIE, Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
  DEPUTY CLERK

        By /s/ Lucille Carr

      Certified: 3/2/05