**SENTENCING PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:02CR4(AWT) |
| LUIS SANTIAGO | |

**ENDORSEMENT ORDER**

The government's Motion for Post-Crosby Proceedings on Remand (Doc. No. 151) is hereby GRANTED. On or before May 16, 2005, the parties shall file briefs on the threshold issue of whether the court should have imposed a nontrivially different sentence if it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 125 S. Ct. 738 (2005); and the defendant shall state whether, if so, he elects to opt out of resentencing or elects to proceed with resentencing. (See Gov't Mot. for Post-Crosby Proceedings (Doc. No. 151) at 3-4.)

It is so ordered.

Dated this 13th day of April 2005, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge