UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                      )
UNITED STATES OF AMERICA              )
                                      )   CRIMINAL NO.
v.                                    )   3:02CR4(AWT)
                                      )
LUIS SANTIAGO                         )   April 29, 2005
_____)

### NOTICE OF APPEARANCE

Pursuant to Local R. Civ. P. 5(a), please enter the appearance of the undersigned counsel on behalf of the Defendants in this Action.

                                             _____
                                             Charles F. Willson (# ct24129)
                                             NEVINS & NEVINS LLP
                                             102 Connecticut Boulevard
                                             P. O. Box 280658
                                             East Hartford, CT 06128
                                             Tel:   (860) 289-4455
                                             fax:   860-289-8968
                                             email: cwillson@nevinslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, on April 29, 2005 to

Counsel for the United States
Raymond F. Miller
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
23rd Floor
New Haven, CT  06510


_____
Charles F. Willson