155

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 APR 21 A 11:18
DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR4(AWT) |
| LUIS SANTIAGO | : | April 20, 2005 |

## MOTION TO WITHDRAW

The undersigned moves to withdraw as counsel to the defendant, Luis Santiago for the reason that irreconcilable differences have arisen which make it impossible to continue providing effective representation.

It is requested that new counsel be appointed from the CJA Panel.

Respectfully submitted,

THE DEFENDANT,
LUIS SANTIAGO

Dated: April 20, 2005

Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw has been mailed to Raymond F. Miller, Assistant United States Attorney, P.O. Box 1824, New Haven, Connecticut 06508, and a copy to Luis Santiago, on this 20th day of April 2005.

FILED
2005 MAY -5 A 11:
DISTRICT COURT
HARTFORD, CT

Thomas G. Dennis

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/4/05