UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 3:02CR4(AWT) |
| LUIS SANTIAGO | ) | May 5, 2005 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Luis Santiago, by his counsel, hereby moves for an extension of time to file his opening brief concerning the remand ordered by the Court of Appeals. Currently, that brief is due May 16, 2005. Defendant requests an extension of time until July 15, 2005, for the following reasons.

1. The undersigned counsel was appointed only recently, on April 28, 2005, to represent Defendant in this matter.

2. Previously, Defendant has been through sentencing and appeal in this matter, plus extensive involvement in a parallel proceeding involving allegations against Defendant and a co-defendant, *United States v. Ciarcia*, all of which must be reviewed by counsel.

3. The sentencing issues raised in this proceeding are, to a great extent, issues of first impression arising from *United States v. Booker*, 125 S.Ct. 738 (2005) and *United States v. Crosby*, No. 03-1675 (2d Cir. Feb. 2, 2005).

4. The Government has no objection to this extension.

WHEREFORE, the Defendant respectfully requests that the Court extend the deadline for Defendant to file his opening brief until July 15, 2005.

Charles F. Willson (# ct24129)
NEVINS & NEVINS LLP
102 Connecticut Boulevard
P. O. Box 280658
East Hartford, CT 06128
Tel: (860) 289-4455
fax: 860-289-8968
email: cwillson@nevinslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, on May 5, 2005, to

Counsel for the United States
Raymond F. Miller
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
23rd Floor
New Haven, CT 06510

Charles F. Willson