158

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 MAY -9 P 3:17
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | 3:02CR4(AWT) |
| LUIS SANTIAGO | May 5, 2005 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant Luis Santiago, by his counsel, hereby moves for an extension of time to file his opening brief concerning the remand ordered by the Court of Appeals. Currently, that brief is due May 16, 2005. Defendant requests an extension of time until July 15, 2005, for the following reasons.

1. The undersigned counsel was appointed only recently, on April 28, 2005, to represent Defendant in this matter.

2. Previously, Defendant has been through sentencing and appeal in this matter, plus extensive involvement in a parallel proceeding involving allegations against Defendant and a co-defendant, *United States v. Ciarcia*, all of which must be reviewed by counsel.

3. The sentencing issues raised in this proceeding are, to a great extent, issues of first impression arising from *United States v. Booker*, 125 S.Ct. 738 (2005) and *United States v. Crosby*, No. 03-1675 (2d Cir. Feb. 2, 2005).

4. The Government has no objection to this extension.

FILED
2005 MAY 12 P 8:40
U.S. DISTRICT COURT
HARTFORD, CT.

Extension GRANTED, to and including July 15, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/12/05